## ** NOT FOR PRINTED PUBLICATION**

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF TEXAS

## LUFKIN DIVISION

| | | |
|---|---|---|
| DAVID CHALFANT | § | |
| VS. | § | CIVIL ACTION NO. 9:20-CV-81 |
| WARDEN JACKSON | § | |

### ORDER ACCEPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff, David Chalfant, an inmate currently confined at the Polunsky Unit with the Texas Department of Criminal Justice, Correctional Institutional Division, proceeding *pro se*, filed this civil rights action pursuant to 42 U.S.C. § 1983 against defendant Warden Jackson.

The court referred this matter to the Honorable Keith GIblin, United States Magistrate Judge, at Lufkin, Texas, for consideration pursuant to applicable laws and orders of this court. The Magistrate Judge recommends this case be dismissed pursuant to Federal Rule of Civil Procedure 41(a) (docket entry no. 11).

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such order, along with the record, and pleadings. No objections to the Report and Recommendation of United States Magistrate Judge have been filed to dates.[1]

### ORDER

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct, and the report of the Magistrate Judge is **ACCEPTED**. A Final Judgment will be entered in this

---

[1] Plaintiff received a copy of the Report and Recommendation on July 15, 2020 (docket entry no. 12).

case in accordance with the Magistrate Judge's recommendations.

**So Ordered and Signed**

**Nov 2, 2020**

_____
Ron Clark
Senior Judge